UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:  STEPHEN THOMAS YELVERTON,  )<br>  )<br>                                Appellant.  ) | )<br>)  Civil Action No.      15-cv-1844 (TSC)<br>)  Bankruptcy Case No.  9-bk-414<br>) |

## ORDER OF DISMISSAL

In this action, Appellant/Debtor Stephen Thomas Yelverton seeks to appeal certain decisions of the Bankruptcy Court.   As another judge on this court recently noted:

> In an August 6, 2014 Opinion and Order, the [District] Court sanctioned Appellant Stephen Thomas Yelverton for frivolous and abusive filings because of his repeated attempts, in this Court and in others, to harass individuals associated with his bankruptcy proceedings. Because Yelverton had filed duplicative adversary proceedings and motions related to allegations of fraud by the bankruptcy trustee and his siblings, the Court ordered that "Appellant shall seek leave of this Court before filing any new civil action in this Court by filing a separate motion for leave to file not to exceed three pages.  In seeking leave to file any new complaint, the plaintiff must explain what new matters are raised to warrant the filing of a new complaint."
> *In re Yelverton*, No. 13-cv-1544, 2014 WL 3850052, at *5 (D.D.C. Aug. 6, 2014). This Order extends to appeals from bankruptcy orders . . . .

*In re Yelverton*, No. 15-cv-208-CRC (ECF No. 4) (D.D.C. March 3, 2015).

Consistent with the above requirements, Appellant unsuccessfully sought leave to proceed with the present appeal.  The judge, who issued the bar order discussed above, found that the present appeal simply reiterates frivolous arguments that have already been rejected.  (ECF No. 4). In light of this finding, this appeal is hereby dismissed.

The Clerk of the Court shall mail a copy of this order to:

> **STEPHEN THOMAS YELVERTON**
> 3033 Wilson Boulevard
> Suite E-117

Arlington, VA 22201

Date:  November 5, 2015

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge